1
2
3
4
5
6   UNITED STATES DISTRICT COURT
7   EASTERN DISTRICT OF CALIFORNIA

8   MARGARET TORRES ARREDONDO,          CASE NO. 1:13-cv-00300-SMS

9                  Plaintiff,
                                        ORDER GRANTING PLAINTIFF'S
10        v.                            MOTION TO PROCEED *IN FORMA*
                                        *PAUPERIS*
11  CAROLYN W. COLVIN, Acting
    Commissioner of Social Security,
12
                   Defendant.           (Doc. 4)
13  _____/

14
        By a motion filed March 1, 2013, Plaintiff Margaret Torres Arredondo seeks to proceed
15
    *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28
16
    U.S.C. § 1915(a).
17
        Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The
18
    Clerk of Court is directed to issue new case documents.
19

20
    IT IS SO ORDERED.
21
    **Dated:   March 8, 2013**                    /s/ Sandra M. Snyder
22                                          UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1