UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET TORRES ARREDONDO, | CASE NO. 1:13-cv-00300-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | (Doc. 4) |

By a motion filed March 1, 2013, Plaintiff Margaret Torres Arredondo seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents.

IT IS SO ORDERED.

**Dated:   March 8, 2013**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE