# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET TORRES ARREDONDO, | CASE NO. 1:13-cv-00300-SMS |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK TO ISSUE SUMMONS |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

By an Order dated March 11, 2013, this Court grant the motion of Plaintiff Margaret Torres Arredondo to proceed *in forma pauperis*. The Clerk of Court is hereby ORDERED to issue the documents for service of this case.

IT IS SO ORDERED.

**Dated:   March 12, 2013**              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

1